**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

ERIC WILLIAM ZESSMAN,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65825

**FILED**

JUN 1 9 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a document labeled "motion to seek permission from this court to present the foregoing issues to this court of possible conspiracy and fraud." Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Because no statute or court rule permits an appeal from an order denying the abovementioned motion, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

14-20152

cc: Hon. Michael Villani, District Judge
Eric William Zessman
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A